766 A.2d 334

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Douglas Paul WRIGHT, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 2000.

Decided Feb. 20, 2001.

204

James Richard Robinson, for D. Wright.

Stuart B. Suss, West Chester, for Commonwealth.

Before: FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.